


**PRICE LAW GROUP**
A Professional Corporation

| CALIFORNIA | ARIZONA | FLORIDA |
| --- | --- | --- |
| 6345 Balboa Blvd, Suite 247 | 8245 N. 85th Way | 1001 N Federal, #349 |
| Encino CA 91316 | Scottsdale AZ 85258 | Hallandale, FL 33009 |
| 818-995-4540 | 818-600-5515 | 818-600-5586 |
| 818-995-9277 | 818-600-5415 | 818-600-5486 |

April 1, 2020

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
Charles L. Brieant Jr. Federal Building
and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: *Barry Shapiro v. Experian Information Solutions, Inc.*
Case No. 7:20-cv-02688-KMK

Dear Judge Karas,

On March 26, 2020 Plaintiff's counsel filed a complaint [doc. 1] in *Barry Shapiro v. Experian Information Solutions, Inc.* Case No. 7:20-cv-02592-PMH). Due to a misunderstanding among Plaintiff's counsel and staff, Plaintiff's counsel was not aware that the filing fee had been paid and the case had been successfully filed.

On March 31, 2020 Plaintiff's counsel, believing that the first attempt at filing had not gone through successfully, erroneously and inadvertently filed the same complaint [Doc. 1] and paid the filing fee again, thus opening a new case with the exact name as above but with a new case number: **7:20-cv-02688-KMK**, Tracking Id: **ANYSDC-19283629**, Approval Code: **50773Y**

WHEREFORE, the Plaintiff respectfully requests that the second case filed, *Shapiro v. Experian Information Solutions, Inc.* Case No. 7:20-cv-02688-KMK be dismissed.

Plaintiff further requests that the filing fee paid for Case No. 7:20-cv-02688-KMK be refunded by the Clerk of the Court.

Respectfully submitted,

/s/ *Santiago J Teran*
Santiago J. Teran
1001 N. Federal Hwy, Ste. 349
Hallandale, FL 33009
santiago@pricelawgroup.com
T: (818) 600-5586
F: (818) 600-5486

Both requests are granted.

So Ordered -

*KMK*
4/3/20